UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOSHUA BRINN,

                 Plaintiff,

   -against-

HOFSTRA UNIVERSITY et al,

               Defendants.
------------------------------------------------------------X

For Online Publication Only

FILED
CLERK

1/24/2018 11:33 am

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

**ORDER**
17-CV-748 (JMA)(AYS)

**AZRACK, United States District Judge:**

    This action was commenced in Nassau County Supreme Court by pro se plaintiff Joshua Brinn ("plaintiff") and removed by defendants Robert Glick and Syosset Public Library ("defendants") to this Court on February 9, 2017. On February 10, 2017, defendants filed a request for leave to file a motion to dismiss and other relief. Defendants filed additional letters on April 3, 2017 and April 25, 2017. The plaintiff has not filed anything in response to these letters, nor has plaintiff filed anything since the case was removed to this Court.

    On September 13, 2017, the Court issued an Order requiring plaintiff to show cause why this action should not be dismissed for (1) failure to prosecute; and (2) failure to serve defendants within 90 days of the filing of the Notice of Removal in accordance with Federal Rule of Civil Procedure 4(m). Plaintiff was ordered to file a written response to the Order to show Cause by September 29, 2017. The Order warned that failure to respond would result in dismissal of the action for failure to prosecute. A copy of the Order was mailed to the pro se plaintiff at the address listed on the docket sheet and an additional address provided by the defendants. The mailings were returned to the Court on September 20, 2017 and September 22, 2017 marked "Return to Sender/Attempted-Not Known/Unable to Forward." To date, nothing has been

1

received by plaintiff.

Rule 41(b) of the Federal Rules of Civil Procedure permits a defendant to move for dismissal of an action "for failure of the plaintiff to prosecute or to comply with these rules or any order of court . . . ." Fed. R. Civ. P. 41(b).  The district court also has the inherent power to dismiss a case <u>sua sponte</u> for lack of prosecution or noncompliance.  <u>Merker v. Rice</u>, 649 F.2d 171, 173 (2d Cir. 1981).  The Second Circuit considers five factors when reviewing a district court's order of dismissal for failure to prosecute, including: (1) the duration of plaintiff's failures; (2) whether plaintiff received notice that further delays would result in dismissal; (3) whether defendant is likely to be prejudiced by further delay; (4) whether the court struck the appropriate balance between alleviating the court calendar with protecting the plaintiff's right to due process; and (5) whether the judge adequately assessed the efficacy of lesser sanctions. <u>Shannon v. Gen. Elec. Co.</u>, 186 F.3d 186, 193–94 (2d Cir. 1999).  Generally, no single factor is dispositive.  <u>Id.</u>

The plaintiff has not filed a single document in this case since it was removed from State Court almost a year ago.  He has not maintained his address with the Court, nor has he even served the Complaint upon the defendants.  Thus, it appears that plaintiff is no longer interested in pursuing this case.  Accordingly, plaintiffs' claims are dismissed, with prejudice, for failure to prosecute and noncompliance.[1]  The Clerk of Court is directed to close this case and mail copies of this Order to the plaintiff at the following addresses:

Joshua Brinn, 3 Irene Lane South, Plainview, New York 11803

Joshua Brinn, P. O. Box 768, Plainview, NY 11803-0768

The Court certifies pursuant to 28 U.S.C. §1915(a) (3) that any appeal from this Order

---

[1] Dismissal with prejudice is also justified for the reasons stated in the September 25, 2017 letter submitted by defendants Syosset Public Library and Robert Glick.  (ECF No. 15.)

2

would not be taken in good faith and therefore in forma pauperis status is denied for the purpose of any appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

**SO ORDERED.**

Date:   January 24, 2018
       Central Islip, New York

                                                                                                                          /s/ (JMA)
                                                                                               Joan M. Azrack
                                                                                               United States District Judge